[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 334.]

THE STATE EX REL. WILSON, APPELLANT, *v.* TRIMBLE, ADMR., ET AL., APPELLEES.

[Cite as *State ex rel. Wilson v. Trimble*, 1998-Ohio-106.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 96-292—Submitted August 19, 1998—Decided October 7, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 94APD10-1574.

————————————

*Cox & Stein, P.C.,* and *Edward J. Cox, Sr.*, for appellant.

*Betty D. Montgomery*, Attorney General, and *William A. Thorman III,* Assistant Attorney General, for appellees.

————————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and PFEIFER, JJ., dissent.

————————————